ipate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1140. MARTIN ET UX. *v.* FRANKLIN CAPITAL CORP. ET AL. C. A. 10th Cir. [Certiorari granted, 544 U. S. 998.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 04–1329. ILLINOIS TOOL WORKS INC. ET AL. *v.* INDEPENDENT INK, INC. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 1127.] Motion of Motion Picture Association of America, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 04–5960. ASH *v.* ASH ET AL., *ante*, p. 1141;

No. 04–8323. HOLBROOK *v.* UNITED STATES, *ante*, p. 1125;

No. 04–9126. HAIRSTON *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT, 544 U. S. 989;

No. 04–9622. BAHRS *v.* MCCANN, WARDEN, *ante*, p. 1107;

No. 04–9743. DIBARTOLO *v.* LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1120;

No. 04–9794. GESFORD *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 1143;

No. 04–9823. MCMILLEN *v.* DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY, *ante*, p. 1144;

No. 04–9847. DENBOW *v.* TEXAS, *ante*, p. 1144;

No. 04–9873. AGUILAR *v.* PATEL ET AL., *ante*, p. 1108;

No. 04–9948. PURKERSON *v.* SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1146;

No. 04–10324. CHAVARRY *v.* UNITED STATES, *ante*, p. 1147; and

No. 04–10365. AGUAYO *v.* UNITED STATES, *ante*, p. 1148. Petitions for rehearing denied.

No. 04–8531. IN RE ABSALON, 544 U. S. 973. Motion for leave to file petition for rehearing denied.